UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 10-22991-CIV-MORENO

ALFRED KIRKLAND,

    Petitioner,

vs.

WALTER A. MCNEIL,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING PETITION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Complaint (**D.E. No. 1**). The Magistrate Judge filed a Report and Recommendation (**D.E. No. 16**) on **April 18, 2011**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation (**D.E. No. 16**) on **April 18, 2011** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1) the petition for habeas corpus seeking relief under 28 U.S.C. § 2254 shall be dismissed as time-barred pursuant to 28 U.S.C. § 2244(d)(1),(2);

(2) this case is hereby CLOSED and all pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of April, 2011.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record

Alfred Kirkland, *pro se*
DC #097014
Everglades Correctional Institution
1599 S.W. 187 Avenue
Miami, Florida 33194